UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TERESA M. EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:14-CV-120-TAV-HBG |
| | ) | |
| STATE OF TENNESSEE DEPARTMENT OF | ) | |
| CHILDREN'S SERVICES, | ) | |
| RENICK COLSON, COURTNEY DUGGER, | ) | |
| JULIE ROTELLA, ROB JOHNSON, and | ) | |
| VIOLA MILLER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on April 3, 2014 [Doc. 4]. In the R&R, Magistrate Judge Guyton recommended that the Court dismiss plaintiff's complaint for jurisdictional deficiencies and pursuant to 28 U.S.C. § 1915(e). There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 4] and

plaintiff's claims against all defendants are hereby **DISMISSED**.  The Clerk of Court is directed to **CLOSE** this case.

      IT IS SO ORDERED.


                                        s/ Thomas A. Varlan
                                    CHIEF UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
      CLERK OF COURT